UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SYLVESTER TRAYLOR
    Plaintiff

v.                                                                                                                                         3:23CV329 (JAM)

TOWN OF WATERFORD, LAW OFFICE
OF LLOYED LANGHAMMER, PHH MORTGAGE
CORPORATION, ANTHONY COLVERT BASILICA,
ANTHONY R. BASILCIA, ALAN WILENSKY, STEVEN
P. CARDELLE, STATE OF CONNECTICUT, HOUSING
SESSION OF THE CONNECTICUT SUPERIOR COURT,
YONA GREGORY, PACCIUCO LLC
    Defendants

## J U D G M E N T

This matter came on before the Honorable Jeffrey Alker Meyer, United States District Judge, as a result of defendants' Motions to Dismiss (Doc. #133, #135, #136, #137, #138, and #149).

The Court has reviewed all of the papers filed in conjunction with the Motions and on February 28, 2024, entered an Order granting defendants' Motions, dismissing plaintiff's claims.

Therefore, it is ORDERED, ADJUDGED, and DECREED that judgment is entered for the defendants, and against the plaintiff, in accordance with the court's Order (Doc. #184), and the case is closed.

Dated at New Haven, Connecticut, this 29th day of February 2024.

                                                          Dinah Milton Kinney, Clerk

                                                          By  /s/ Diahann Lewis
                                                                   Deputy Clerk

Entered on Docket 2/29/2024